## TAYLOR v. STATE.
### No. 25033.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant was convicted of the offense of driving an automobile upon a public highway while under the influence of in-

toxicating liquor, and punishment was assessed at a fine of $50.

There are no bills of exception nor a statement of facts in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.